IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HAPPY STOMPINGBEAR,** **PLAINTIFF**
ADC #651503

V.  CASE NO. 5:18-cv-281-JM-BD

**BROWN, et al.** **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Stompingbears's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Stompingbear's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED this 27th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE