# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**HAPPY STOMPINGBEAR,**                                             **PLAINTIFF**
**ADC #651503**

**V.**                 **CASE NO. 5:18-cv-281-JM-BD**

**BROWN, et al.**                                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE